■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT SHEPPARD, Appellant. [979 NYS2d 525]—Order, Supreme

Court, New York County (Patricia Nunez, J.), entered on or about November 18, 2010, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion in declining to grant a downward departure to level two (*see People v Cintron*, 12 NY3d 60, 70 [2009], *cert denied sub nom. Knox v New York*, 558 US 1011 [2009]; *People v Johnson*, 11 NY3d 416, 418, 421 [2008]). Neither defendant's age (late 40s) nor any of the other factors cited by defendant warranted a downward departure, given the seriousness of his sex offenses against seven different victims, including offenses against a child (*see e.g. People v Thomas*, 105 AD3d 640 [1st Dept 2013], *lv denied* 21 NY3d 863 [2013]; *People v Ward*, 83 AD3d 561 [1st Dept 2011], *lv denied* 17 NY3d 707 [2011]). Concur—Mazzarelli, J.P., Acosta, Saxe and Moskowitz, JJ.